United States District Court
Southern District of Texas
**ENTERED**
August 03, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SUZEL GABRIELA CORDERO MERCADO, | § | |
| | § | |
| Petitioner, | § | CIVIL ACTION NO. 4:26-cv-01325 |
| | § | |
| v. | § | |
| | § | |
| WARDEN, Montgomery Processing Center, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

The petitioner has filed a Motion to Enforce the Court's June 15, 2026, Order or, in the Alternative, For an Order to Show Cause Why Respondents Should Not be Held in Civil Contempt (Dkt. No. 13) and a Motion to Expedite Consideration of Motion to Enforce the Court's June 15, 2026 Order (Dkt. No. 14). The respondents are **ORDERED** to file a response to these motions within **seven (7) days** of the date of this Order.

The Clerk will provide a copy of this Order to the parties.

It is so ORDERED.

SIGNED on August 3, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge